FILED

07/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0687



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0687

BRADLEY C. WORKMAN AND
KAREN M. WORKMAN,

        Plaintiffs and Appellants,

v.

BRIAN KENNETH STAINTHORPE,

        Defendant and Appellee.

**GRANT OF MOTION FOR
EXTENSION OF TIME**

Motion for extension of time to file the Appellee's Response Brief in this matter is **GRANTED.** The Appellee is granted an extension until August 30, 2024, within which to prepare, file and serve the Appellee's Response Brief.

DATED: July 31, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court